**No. 57941.**—Continental Merchandise Co., Inc. *v.* United States, protest 203436–K (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519). In accordance with stipulation of counsel and following the cited case, the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 57942.**—Dyson Shipping Co., Inc. *v.* United States, protests 978267–G and 978701–G (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items marked "A" consist of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302), and that the items marked "B" consist of kidskin plates the same as those involved in *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), "the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*, only so far as the items marked "B" are concerned.